# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER WAYMAN, SR.**
**#147789**                                                                 **PLAINTIFF**

v.                                      **No. 4:26-cv-7-DPM-JJV**

**LAWRENCE GOODLOE, Lieutenant,**
**Jefferson County Jail**                                        **DEFENDANT**

## ORDER

Unopposed partial recommendation, *Doc. 7*, adopted—with a note. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Wayman's individual-capacity equal protection claim against Lieutenant Goodloe goes forward. All his other claims are dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

The note. Wayman says his amended complaint, *Doc. 5*, was supposed to be filed in *Wayman v. Homeway LLC*, No. 4:26-cv-120-DPM. *Doc. 8*. It appears that the already Clerk transferred that complaint to *Wayman v. Homeway LLC*. *Doc. 5* in No. 4:26-cv-120-DPM. The amended complaint is stricken from the record in this case.

-2-

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_13  April 2026_

-2-