**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER WAYMAN, SR.**
**#147789** **PLAINTIFF**

**v.** **No. 4:26-cv-7-DPM**

**LAWRENCE GOODLOE, Lieutenant,**
**Jefferson County Jail** **DEFENDANT**

**ORDER**

Unopposed recommendation, *Doc. 22*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Lieutenant Goodloe's motion for summary judgment, *Doc. 16*, is granted. Wayman's equal protection claim against Lieutenant Goodloe will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 August 2026