IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER WAYMAN, SR.**
**#147789** **PLAINTIFF**

**v.** **No. 4:26-cv-7-DPM**

**LAWRENCE GOODLOE, Lieutenant,**
**Jefferson County Jail** **DEFENDANT**

# JUDGMENT

Wayman's complaint is dismissed without prejudice.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

18 August 2026